IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYRONE McMURRAY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:12-cv-310 |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Trauger |
| ) | |
| Respondent. ) | |

### ORDER

The movant, proceeding *pro se*, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (ECF No. 1.)

The court has examined the motion, as required by Rule 4(b) of the Rules Governing Section 2255 Proceedings, and determined that it is not readily apparent on the face of the motion that the movant is not now entitled to relief. Accordingly, the Clerk is directed to serve a copy of the motion and this order by certified mail on the United States Attorney. The United States Attorney for this judicial district shall file an answer, plead, or otherwise respond to the motion in conformity with Rule 5 of the Rules Governing Section 2255 Proceedings within 30 days of the date of entry of this Order.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge